FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **JESSE JAMES ANDREWS**, Petitioner-Appellant, v. **RON DAVIS**, Respondent-Appellee. | No.   09-99012 D.C. No. 2:02-CV-08969-R Central District of California, Los Angeles **ORDER** |
| **JESSE JAMES ANDREWS**, Petitioner-Appellee, v. **RON DAVIS**, Respondent-Appellant. | No.   09-99013 D.C. No. 2:02-CV-08969-R |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Graber did not participate in the deliberations or vote in these cases.